BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE JODOIN,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | CASE NO. 2:13-CV-01689-LKK-KJN<br><br>**STIPULATION AND ORDER TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271** |

    Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.


Dated:  August 23, 2013        */s/ Samuel Jefferson Frazier III*
                               SAMUEL JEFFERSON FRAZIER III
                               Attorney for Plaintiff



Dated:  August 23, 2013        BENJAMIN B. WAGNER
                               UNITED STATES ATTORNEY

                        By:    */s/ Edward A. Olsen*
                               EDWARD A. OLSEN
                               Assistant United States Attorney
                               Attorneys for Federal Defendant

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED.

Dated:  October 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT