BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2821
Facsimile: (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KATHERINE JODOIN, | CASE NO. 2:13-CV-01689-LKK-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO REFER ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

Dated: August 23, 2013    */s/ Samuel Jefferson Frazier III*
SAMUEL JEFFERSON FRAZIER III
Attorney for Plaintiff


Dated: August 23, 2013    BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By:    */s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Federal Defendant

1

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED.

Dated: October 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT