UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE JODOIN, | No. CIV. S-13-1689 LKK/KJN |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES, | |
| Defendant. | |

This case concerns an alleged incident of medical malpractice at the Chapa-De Indian Health Program, an Indian Health Service facility located in Placer County. Plaintiff Katherine Jodoin initially sued the Chapa-De Program and dentist Dr. Hahn Tran in Placer County Superior Court, alleging negligence and fraud. (Complaint, ECF No. 1.)

Defendant United States contends that, under the Indian Self-Determination and Education Assistance Act ("ISDEAA"), 25 U.S.C. §§ 450 *et seq.*, employees working within the scope of their employment under an ISDEAA contract are deemed employees of the United States. See 25 U.S.C. § 450f. (Notice of Removal ¶¶ 4, 5, ECF No. 1.) Accordingly, the United States removed the action

1

to this court, and now moves to dismiss plaintiff's cause of action for fraud for lack of subject matter jurisdiction on grounds of sovereign immunity. (ECF No. 5.)

As plaintiff has filed a notice of non-opposition, the motion will be granted. (ECF No. 9.)

A status conference has been set in this matter for November 4, 2013 at 1:30 p.m. (ECF No. 2.) In their joint status report, the parties request a continuance of the status conference and all other dates in this matter because the Assistant U.S. Attorney who represents the defendants has been furloughed as part of the ongoing government shutdown. (ECF No. 10.) The court finds this request to be reasonable.

The court hereby orders as follows:

[1] Plaintiff's cause of action for fraud is DISMISSED. Plaintiff is GRANTED leave to file an amended complaint within twenty-eight (28) days of docketing of this order. If, due to the government shutdown and furlough, defendants require additional time to respond to the amended complaint beyond that provided in the Federal Rules of Civil Procedure, they are GRANTED leave to apply ex parte for a reasonable extension of time.

[2] The hearing on the motion to dismiss, currently set for October 21, 2013, is VACATED.

[2] The Status (Pretrial Scheduling) Conference herein is CONTINUED until January 21, 2014 at 11:00 a.m. in chambers.

2

The parties are DIRECTED to file a joint status report, or individual status reports, no later than January 7, 2014.

IT IS SO ORDERED.

DATED: October 9, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3