1  BENJAMIN B. WAGNER
United States Attorney
2  EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
5  edward.olsen@usdoj.gov

6  Attorneys for the United States of America

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  KATHERINE JODOIN,                        CASE NO.   2:13-CV-01689-LKK-KJN

12                        Plaintiff,         **STIPULATION AND ORDER TO**
                                             **EXTEND THE DEADLINE TO FILE**
13  v.                                       **A RESPONSIVE PLEADING**

14  UNITED STATES OF AMERICA,

15                        Defendant.

16

17

18        Plaintiff Katherine Jodoin and the United States of America, by and through their respective

19  attorneys, hereby stipulate, subject to approval of the Court, to extend the deadline for the United

20  States to file a responsive pleading to plaintiff's Third Amended Complaint to December 2, 2013.

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28
STIPULATION TO EXTEND DEADLINE FOR            1
DEFENDANT TO FILE A RESPONSIVE PLEADING

1

Respectfully submitted,

2   Dated:  November 14, 2013

BENJAMIN B. WAGNER
United States Attorney

3

4

*/s/ Edward A. Olsen*
EDWARD A. OLSEN

5

Assistant United States Attorney
Attorneys for Defendant

6

7   Dated:   November 14, 2013

*/s/ Samuel J. Frazier, III*
SAMUEL J. FRAZIER, III

8

Frazier Law Team
Attorney for Plaintiff

9

10

11

**ORDER**

12

Pursuant to the parties' stipulation, IT IS SO ORDERED.

13

14   Date:  November 15, 2013.

15

16

17

_____
LAWRENCE K. KARLTON

18

SENIOR JUDGE
UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DEADLINE FOR     2
DEFENDANT TO FILE A RESPONSIVE PLEADING