BENJAMIN B. WAGNER
United States Attorney
EDWARD A. OLSEN (CSBN 214150)
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2821
Facsimile:  (916) 554-2900
edward.olsen@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE JODOIN, | CASE NO.   2:13-CV-01689-LKK-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE A RESPONSIVE PLEADING** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Katherine Jodoin and the United States of America, by and through their respective attorneys, hereby stipulate, subject to approval of the Court, to extend the deadline for the United States to file a responsive pleading to plaintiff's Third Amended Complaint to December 2, 2013.

//

//

//

//

//

//

STIPULATION TO EXTEND DEADLINE FOR                    1
DEFENDANT TO FILE A RESPONSIVE PLEADING

Respectfully submitted,

Dated:  November 14, 2013

BENJAMIN B. WAGNER
United States Attorney

*/s/ Edward A. Olsen*
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendant

Dated:  November 14, 2013

*/s/ Samuel J. Frazier, III*
SAMUEL J. FRAZIER, III
Frazier Law Team
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Date:  November 15, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION TO EXTEND DEADLINE FOR              2
DEFENDANT TO FILE A RESPONSIVE PLEADING